# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| JAN MICHAEL MEJIA, | : |
| Plaintiff, | : |
| V. | : |
| LASHONDRA ROSS, | : NO. 4:25-cv-00065-CDL-AGH |
| Defendant. | : |

## ORDER OF DISMISSAL

Plaintiff Jan Michael Mejia, a prisoner in the Muscogee County Jail in Columbus, Georgia, has filed a motion to voluntarily dismiss this case. At this stage of the proceeding, Plaintiff is entitled to dismiss his complaint without consent of the Court. *See* Fed. R. Civ. P. 41(a)(1). Therefore, Plaintiff's motion is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of April, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA